IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CV-54-H

| | |
|---|---|
| SHARON H. FRETWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KANSAS CITY LIFE INSURANCE ) | |
| COMPANY and Y. C. MCNEASE, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on defendant McNease's motion to dismiss for lack of personal jurisdiction. Plaintiff has not responded to the motion, and the time for doing so has expired.

Having reviewed the pleadings and defendant McNease's unopposed motion and memorandum, the court has determined that defendant McNease's motion [DE #14] should be GRANTED. Plaintiff's claims against defendant McNease are DISMISSED and defendant McNease is hereby terminated as a party to this action. Remaining before the court are plaintiff's claims against defendant Kansas City Life Insurance Company.

This the 25th day of June, 2007.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31